# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

135156

BERNARD WATTS and TINA MOORE,
Co-Personal Representatives of the Estate of
Kinte Jamar Watts, Deceased,
        Plaintiffs-Appellants,

v

ANDRE NEVILS, PATRICIA EWING, DEBRA
HARRIS, JOYCE EWING, and MRS. BROWN,
        Defendants-Appellees,
and

NORTHERN STRAITS MANAGEMENT
COMPANY, L.L.C., d/b/a QUALITY INN &
SUITES, MIDWEST INNKEEPERS, CITY OF
PONTIAC, CITY OF PONTIAC SCHOOL
DISTRICT, SUSAN DECHOW, and MARTIN
MAYERHOFER,
        Defendants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135156
COA: 267503
Cheboygan CC: 03-007255-NO

On order of the Court, the application for leave to appeal the September 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

t0130

Clerk